IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAUHEDAH CRYOR,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 21-cv-3255 |
| **THOMAS JEFFERSON UNIVERSITY HOSPITAL,** | : | |
| *Defendant.* | : | |

# ORDER

**AND NOW**, this 24th day of January, 2023, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 14), Plaintiff's response in opposition thereto (ECF No. 15), Defendant's reply (ECF No. 18), and the parties' supplemental briefing (ECF Nos. 23 and 24), and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 14) is **GRANTED**.

2. Plaintiff's Amended Complaint (ECF No. 10) is **DISMISSED**.

3. Plaintiff may file a second amended complaint within fourteen (14) days of the date of this Order.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**