IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **TAUHEDAH CRYOR,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 21-cv-3255 |
| **THOMAS JEFFERSON UNIVERSITY HOSPITAL,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 25th day of July, 2023, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 28), and the responses and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 28) is **DENIED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**